## BIRMINGHAM TRUST & SAVINGS CO. v. FREDERICK, ET AL.

(Decided June 16, 1916.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

TILLMAN, BRADLEY & MORROW, for appellant. FORNEY JOHNSTON, for appellee.

Per curiam. Appeal dismissed by agreement.

---

## BOX v. THE STATE.

(Decided June 30, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. H. ALSTON.

No counsel for appellant. W. L. MARTIN, Attorney General, for the State.

SAYRE, J.—No error of record and no bill of exceptions. Affirmed.

ANDERSON, C. J., McCLELLAN and GARDNER, JJ., concur.

---

## EX PARTE BUCKHEIT.

(Decided June 30, 1916.)

CERTIORARI to Court of Appeals.

E. W. GODBEY, for appellant. O. KYLE, for appellee.

Per curiam. Application of G. F. Buckheit for certiorari to Court of Appeals to review and revise the judgment of said court in the case of *Citizens Nat. Bank v. Buckheit,* 14 Ala. App. 511, 71 South. 82. Writ denied.

All the Justices concur.

---

## EX PARTE DANIEL.

(Decided May 18, 1916.)

CERTIORARI to Court of Appeals.

ALLEN, BELL & SADLER, for appellant. W. L. MARTIN, Attorney General, and P. W. TURNER, Assistant Attorney General, for the State.

THOMAS, J.—Application of W. E. Daniel for certiorari to Court of Appeals to review and revise the judgment of that court in the case of *Daniel v. State,* 14 Ala. App. 63, 71 South. 79. Writ denied.

All the Justices concur.